John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| | **(Individual Case No. 3:24-cv-04889)** |
| This Document Relates to: | **SHORT FORM COMPLAINT** |
| *WHB 318 v. UBER TECHNOLOGIES, INC.,* (Individual Case No. 3:24-cv-04889) | JURY TRIAL DEMANDED Judge: |
| | Honorable Charles R. Breyer |

**<u>SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

The Plaintiff named below files this *Short-Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long-Form Complaint* in *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3084 in the United


Case 3:25-cv-00736-CRB Document 1 Filed 08/08/24 Page 1 of 5

States District Court for the Northern District of California. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order No. 11 of this Court.

Plaintiff selects and indicates by checking-off where requested the Parties and Causes of actions specific to this case.

Plaintiff, by and through her undersigned counsel, alleges as follows:

## I. DESIGNATED FORUM[1]

1. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing: Northern District of California ("Transferee District Court").

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

1. *Injured Plaintiff*: Name of the Individual who alleges they were sexually assaulted, battered, harassed, or otherwise attacked by an Uber driver with whom they were paired while using the Uber platform: WHB 318 ("Plaintiff").
2. At the time of the filing of this *Short-Form Complaint*, Plaintiff resides at Charlotte, Mecklenburg County, North Carolina.
3. (If applicable) INSERT NAME OF REPRESENTATIVE, CAPACITY, BASIS OF AUTHORITY. Not applicable.

### B. DEFENDANTS

1. Plaintiff names the following Defendants in this action:

■ UBER TECHNOLOGIES, INC.,[2]

■ RASIER, LLC,[3]

■ RASIER-CA, LLC.[4]

---

[1] *See* Pretrial Order No. 6, at II(C) (ECF No. 177).
[2] Delaware corporation with a principal place of business in California.
[3] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.
[4] A limited liability company whose sole member, Uber Technologies, Inc., is a citizen of Delaware and California.

☐ OTHER (specify): ________________________. This defendant's residence is in (specify state): ___________________________.

**C. RIDE INFORMATION**

1. The Plaintiff was sexually assaulted, harassed, battered, or otherwise attacked by an Uber driver in connection with a ride facilitated on the Uber platform in Mecklenburg County, North Carolina, on March 20, 2021.

2. The Plaintiff was the account holder of the Uber account used to request the relevant ride.

3. The Plaintiff provides the following additional information about the ride:

■ The Plaintiff hereby incorporates Plaintiff's disclosure of ride information to be produced in compliance with deadlines set forth in Pretrial Order No. 5 ¶ 4, and any amendments or supplements thereto.

☐ The origin of the relevant ride was [STREET ADDRESS, CITY, COUNTY, STATE]. The requested destination of the relevant ride was [STREET ADDRESS, CITY, COUNTY, STATE]. The driver was named [DRIVER NAME].

**III. <u>CAUSES OF ACTION ASSERTED</u>**

1. The Causes of Action asserted in the Plaintiffs' *Master Long-Form Complaint*, and the allegations with regard thereto in the *Plaintiffs' Master Long-Form Complaint*, as adopted in this *Short-Form Complaint* by reference, except that Plaintiff opts out of and excludes the causes of action specified below:

| **Check any EXCLUDED Causes of Action** | **Cause of Action Number** | **Cause of Action** |
|---|---|---|
| | I | NEGLIGENCE (including Negligent Hiring, Retention, Supervision, and Entrustment) |
| | II | FRAUD AND MISREPRESENTATION |
| | III | NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |

| | | |
|---|---|---|
| | IV | COMMON CARRIER'S NON-DELEGABLE DUTY TO PROVIDE SAFE TRANSPORTATION[5] |
| | V | OTHER NON-DELEGABLE DUTIES TO PROVIDE SAFE TRANSPORTATION6 |
| | VI | VICARIOUS LIABILITY FOR DRIVERS' TORTS - EMPLOYEE |
| | VII | VICARIOUS LIABILITY FOR DRIVERS' TORTS – APPARENT AGENCY |
| | VIII | VICARIOUS LIABILITY FOR DRIVERS' TORTS - RATIFICATION |
| | IX | VICARIOUS LIABILITY FOR DRIVERS' TORTS – Cal. Public Utilities Code § 535. |
| | X | STRICT PRODUCTS LIABILITY - DESIGN DEFECT |
| | XI | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| | XII | STRICT PRODUCTS LIABILITY – PRODUCT LIABILITY ACTS |
| | XIII | UNFAIR COMPETITION LAW – Cal. Bus. & Prof. Code § 17200 et seq. |

## IV. ADDITIONAL CAUSES OF ACTION AND/OR ALLEGATIONS

1. Plaintiff asserts the following additional theories against the Defendants designated in paragraph above: N/A

2. If Plaintiff has established factual allegations not set forth in *Plaintiffs' Master Long-Form Complaint*, they may be set forth below or in additional pages: N/A

WHEREFORE, Plaintiff prays for relief and judgment against Defendants for economic and non-economic compensatory and punitive and exemplary damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper, and such further relief as the court deems equitable and just, and as set forth in *Plaintiffs' Master Long-Form Complaint*.

## JURY DEMAND

Plaintiff here demands a trial by jury as to all claims in this action.

---

[5] This claim is pleaded in the *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **Arizona**, **Colorado**, **District of Columbia**, **Illinois** (for incidents prior to August 11, 2023), **Michigan**, **Montana** (for incidents prior to April 23, 2023, **New York**, **Pennsylvania**, **Wisconsin**, and **Wyoming**.

[6] This claim is pleaded in *Plaintiffs' Master Long-Form Complaint* under the laws of every state **except**: **District of Columbia**, **Michigan**, **New York**, and **Pennsylvania**.



Case 3:25-cv-00736-CRB Document 1 Filed 08/08/24 Page 4 of 5

Dated: August 8, 2024

Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

/s/Walt Cubberly____________
John Eddie Williams, Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record. In addition, the foregoing was served on Defendants' counsel via email at: MDL3084-service-Uber@paulweiss.com.

By: /s/ Walt Cubberly