AO 81
(Rev. 04/19)

# JUDICIAL CONFERENCE OF THE UNITED STATES
## COMMITTEE ON INTERCIRCUIT ASSIGNMENTS

CERTIFICATE OF NECESSITY

Pursuant to 10 U.S.C. § 942(f) or 28 U.S.C. § 291(a), 292(d) or (e), 293(a), or 294(d), and the Guidelines for the Intercircuit Assignment of Article III Judges, I certify that a need exists for the designation and assignment of a United States judge from another circuit (or special court) to perform judicial duties in the following court:

United States District Court for the Western District of North Carolina

Name and Title of Judge to be assigned:

Honorable Charles R. Breyer

Senior Judge, U.S. District Court for the Northern District of California

Period of assignment:

from ______

**OR**

Specific case(s): 3:25-cv-00736-CRB, WH 318 v. Uber Technologies, Inc., et al.; and

3:25-cv-00737-CRB, WH 832 v. Uber Technologies, Inc., et al.

This requested assignment is for the period or purpose stated, and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

Signature of Chief Judge Albert Diaz

United States Court of Appeals for the Fourth Circuit

Name of Circuit (or special court)

Date: 09/30/2025

**Please submit the signed form to the Intercircuit Assignments Database System via your circuit representative at least one month or more in advance of the assignment.**